[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 31, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-12535

_____

Agency No. A-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-RRB No.

RUBY M. STOCKMAN,

Petitioner,

versus

U.S. RAILROAD RETIREMENT  BOARD,

Respondent.

_____

Petition for Review of a Decision of the
RR Retirement Board

_____

**(May 31, 2006)**

Before HULL and WILSON, Circuit Judges, and DUPLANTIER*, District Judge.

_____

  *Honorable Adrian G. Duplantier, United States District Judge for the Eastern District of Louisiana, sitting by designation.

PER CURIAM:

We find that, on the record before us, substantial evidence supports the decision of the Railroad Retirement Board that Petitioner Ruby Stockman is entitled to benefits under the Railroad Retirement Act. Therefore, the agency decision is affirmed.

**AFFIRMED**.